```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2022
```

LAW OFFICES OF

# STEVEN J. QUESTORE, P.C.

THE WOOLWORTH BUILDING　　　　　　　　　　　　　　　　　　　　　　　TELEPHONE: (212) 431-3322
233 BROADWAY, SUITE 2370　　　　　　　　　　　　　　　　　　　　　　　FACSIMILE: (212) 965-9375
NEW YORK, NY 10279　　　　　　　　　　　　　　　　　　　　　　　WEB SITE: QUESTORELAW.NET

November 4, 2022

Honorable Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street, Suite 1610
New York, NY 10007

　　　　　　　　　　　　　　　　　Re:　*United States v. Selim Islami*
　　　　　　　　　　　　　　　　　　　18 Cr. 498-1 (VM)

Dear Judge Marrero:

　　　I am counsel for Selim Islami, who was sentenced on September 16, 2022, principally to time served and 12 months supervised release. As part of the Appearance Bond dated July 18, 2018, Mr. Islami surrendered his passport to Pretrial Services and it remains in their possession. As he is now sentenced, Mr. Islami respectfully requests that the Court allow his passport to be returned to him.

　　　Andrew K. Chan, the Assistant United States Attorney assigned to this case, and his Probation Officer, Ryan Lehr, have no objection to this application.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*Steven J. Questore*

　　　　　　　　　　　　　　　　　　　　　　　Steven J. Questore

**Request GRANTED.** Pretrial Services is hereby respectfully directed to return defendant's passport.

**SO ORDERED.**

11/9/2022
DATE　　　　　　　　　VICTOR MARRERO, U.S.D.J.